UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAD GILES,

      Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

      Defendant.

_____/

Case No. 12-15464

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [9]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No.15]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion for summary judgment [ECF No. 9] is GRANTED, and Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

s/Nancy G. Edmunds_____
Nancy G. Edmunds
United States District Judge

Dated: March 27, 2014

_____

[1]Timely objections were not filed.

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2014, by electronic and/or ordinary mail.

s/Carol Bethel
Case Manager